Waterworks v Allstates World Cargo Exhibit A (2)

| Name of Creditor | EXHIBIT A* Transfers | | |
|---|---|---|---|
| | Check / Wire ID Number | Disbursement Date | Amount Paid |
| ALLSTATES WORLD CARGO | 207934 | 2/12/2009 | $34,456.53 |
| ALLSTATES WORLD CARGO | 208350 | 2/26/2009 | $12,339.45 |
| ALLSTATES WORLD CARGO | 208481 | 3/6/2009 | $14,551.64 |
| ALLSTATES WORLD CARGO | 208737 | 3/20/2009 | $3,020.50 |
| | | | **$64,368.12** |

*Debtors' counsel reserves the right to amend, supplement or otherwise modify this Exhibit from time to time, without limitation.